**FILED**

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0364



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0364

IN RE THE MARRIAGE OF:

DENI JEAN AMBERSON,

        Petitioner and Appellee,

   and

BLAKE WILLIAM AMBERSON,

        Respondent and Appellant.

**ORDER OF MEDIATOR APPOINTMENT**

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    IT IS ORDERED THAT **Victor N. Bunitsky, Jr., P.O. Box 77, Virginia City, MT 59755, (406)843-5432, victor@vnblaw.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this August 12, 2020.

                         Bowen Greenwood, Clerk of the Supreme Court

c:    Carrie Randall Wasserburger, 1700 W. Koch Str., Ste, 10, Bozeman, MT 59715,
        (406)922-3418, crw@wasserburgerlaw.com
     Brad Lee Belke, P.O. Box 4079, Butte, MT 59702, (406)782-9777,
        b.l.belke@gmail.com
    Victor N. Bunitsky, Jr., see address above